No. 81–298.   COMMUNITY TELEVISION OF SOUTHERN CALIFORNIA *v.* GOTTFRIED ET AL.; and

No. 81–799.   FEDERAL COMMUNICATIONS COMMISSION *v.* GOTTFRIED ET AL.   C. A. D. C. Cir.   [Certiorari granted, 454 U. S. 1141.]   Motion of the Solicitor General to consolidate these cases for briefing and oral argument granted.

No. 81–389.   UNION LABOR LIFE INSURANCE CO. *v.* PIRENO; and

No. 81–390.   NEW YORK STATE CHIROPRACTIC ASSN. *v.* PIRENO.   C. A. 2d Cir.   [Certiorari granted, 454 U. S. 1052.]   Motion of petitioners for divided argument denied.

No. 81–406.   MISSISSIPPI UNIVERSITY FOR WOMEN ET AL. *v.* HOGAN.   C. A. 5th Cir.   [Certiorari granted, 454 U. S. 962.]   Motion of National Women's Law Center et al. for leave to file a brief as *amici curiae* granted.

No. 81–431.   GUARDIANS ASSN. ET AL. *v.* CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK ET AL.   C. A. 2d Cir.   [Certiorari granted, 454 U. S. 1140.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 81–554.   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* WYOMING ET AL.   D. C. Wyo.   [Probable jurisdiction noted, 454 U. S. 1140.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 81–451.   HATHORN ET AL. *v.* LOVORN ET AL.   Sup. Ct. Miss.   [Certiorari granted, 454 U. S. 1122.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 81–613.   SPORHASE ET AL. *v.* NEBRASKA EX REL. DOUGLAS, ATTORNEY GENERAL.   Sup. Ct. Neb.   [Probable jurisdiction noted, 454 U. S. 1079.]   Motion of appellants and City of El Paso for divided argument to permit City of El Paso to present oral argument as *amicus curiae* denied.